ORIGINAL

**FILED**

**MAY 27 2005**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**GARDEN CITY BOXING CLUB, INC.,** is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008., as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson**
Program,

                Plaintiff,

-against-

RAHEB ABDUL-KHALEK, Individually, and as an
officer, director, shareholder and/or principal of A.K.
FOODS, INC. d/b/a OLLIE'S TROLLEY
RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a
CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S
TROLLEY RESTAURANT a/k/a OLLIE'S &
CLICKS a/k/a CLICKS;

                Defendants.

**CORPORATE DISCLOSURE
STATEMENT**

Civil Case No.

CASE NUMBER  1:05CV01077

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 05/27/2005

---

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **GARDEN CITY BOXING CLUB, INC.**, and said corporation's securities are not publicly traded.

Dated:  May 24, 2005
         Ellenville, New York

**GARDEN CITY BOXING CLUB, INC.**

By _____
Margaret J. Boeringer, Esq.
Bar Roll No. 479318
Attorney for Plaintiff
Lonstein Law Office, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our File No. 02-1DC-01R*