AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Columbia

GARDEN CITY BOXING CLUB, INC., is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008., as Broadcast
Licensee of the June 8, 2002 Lewis/Tyson
Program,

                Plaintiff,

V.

RAHEB ABDUL-KHALEK, Individually, and as an officer, director,
shareholder and/or principal of A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY
RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS,
INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS
a/k/a CLICKS;

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-CV-01077

TO: (Name and address of Defendant)

RAHEB ABDUL-KHALEK, Individually
4010 Foreston Road
Beltsville, MD 20705-2810

Our File No. 02-1DC-01R

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428

an answer to the complaint which is served on you with this summons, within _twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                 6/29/05

CLERK                                           DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | 7/18/05 | 11:40 AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Dwayne Boston | Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1426 L Street, NW
Washington, DC 20005-3503

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/18/05
                Date                    Signature of Server

                                         Address of Server

*Corporate Disclosure Statement, Notice of Right to Consent to Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order

RECEIVED
JUN 0 8 2005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT