UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

------------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** program

                  Plaintiff,

  -against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/aOLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/aOLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS

                  Defendants.

------------------------------------------------------------

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

**PLEASE TAKE NOTICE** that upon the affirmation of Margaret J. Boeringer, sworn to on the 21st day of September, 2005, in support of said application and the exhibits attached thereto, Plaintiff moves this Court for an order granting the entry of default judgment against the Defendants jointly and severally as follows:

**Against, RAHEB ABDUL-KHALEK, Individually,**

1) under the Federal Communications Act in the sum of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2) and under the Federal Communications Act a sum of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under the Federal Communications Act costs and Attorney fees of ONE THOUSAND EIGHT HUNDRED EIGHTY SEVEN DOLLARS AND FIFTY CENTS ($1,887.50)

**Against, A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS**,

1) under the Federal Communications Act in the sum of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2) and under the Federal Communications Act a sum of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)

3) and under the Federal Communications Act costs and Attorney fees of ONE THOUSAND EIGHT HUNDRED EIGHTY SEVEN DOLLARS AND FIFTY CENTS ($1,887.50)

and interest on the award from June 8, 2002 and a permanent injunction restraining the Defendants from violating 605(a) and for such other and further relief as the Court may deem just and proper under the circumstances.

Dated: September 23, 2005
      Ellenville, NY 12428

LONSTEIN LAW OFFICE, P.C.

By: /s/Margaret J. Boeringer
    Margaret J. Boeringer
    Attorney for Plaintiff
    1 Terrace Hill; PO Box 351
    Ellenville, NY 12428
    Telephone: 845-647-8500
    Facsimile:  845-647-6277