UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
-------------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.,** is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008., as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program,

                        Plaintiff,

   -against-

**RAHEB ABDUL-KHALEK,** *et, al.*,
                       Defendants.
-------------------------------------------------------------------

**ATTORNEY'S AFFIDAVIT OF COSTS AND FEES**
Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

STATE OF NEW YORK :
                 : SS.:
COUNTY OF ULSTER :

    JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

    1.    That I am the attorney for Plaintiff, Garden City Boxing Club, Inc., in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

    2.    I make this affidavit in support of Plaintiff's motion for default judgment and damages, costs and fees.

    3.    Plaintiff's litigation expenses as associated with the formation, pleading and filing of the above captioned matter are as outlined below:

        a.    Filing Fees -   $ 250.00

        b.    Service of Process - $ 200.00
                Attached hereto as Exhibit "A," please find invoice from Mountain
                Support Services, Inc., reflecting the cost of service upon the Defendants.

        c.    Investigation Fees - $350.00
                Attached to the Plaintiff affidavit as Exhibit "D."

    d.    Attorneys Fees -$1087.50
          See below

    Total Litigation Expenses .............................($1887.50)

4.    Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal time spent are as follows:

| Date | Action | (in hours) | Fee | |
|---|---|---|---|---|
| 3/12/2005 | Factual research and development | .5 | $100.00 | Atty |
| 3/21/2005 | Claim Letter issued | .5 | $37.50 | Para |
| 5/26/2005 | Complaint drafted, Corporate disclosure | 1.5 | $300.00 | Atty |
| 6/3/2005 | Review letter from Court re service | .5 | $37.50 | Para |
| 7/8/2005 | Arranged Service | .5 | $37.50 | Para |
| 7/22/2005 | Reviewed Service | .5 | $100.00 | Atty |
| 7/28/2005 | Filing Proof of Service | .5 | $37.50 | Para |
| 9/19/2005 | Drafted Request for Default and Motion for Default Judgment | 2.0 | $400.00 | Atty |
| // | Filed Request for Default | .5 | $37.50 | Para |
| | | **Hours** | **Fee** | |
| | | 4.5 Atty | $900.00 | |
| | | 2.5 Para | $187.50 | |
| | Total | 6.0 | $1087.50 | |

5.    We respectfully request that judgment be entered in favor of Plaintiff and against the Defendants in the manner stated herein.

**WHEREFORE,** your deponent respectfully requests that this Court in its discretion grant a permanent injunction and judgment by default under the Plaintiff's complaint against the Defendants jointly and severally as follows:

**Against, RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS,**

1) under the Federal Communications Act in the sum of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under the Federal Communications Act a sum of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under the Federal Communications Act costs and Attorney fees of ONE THOUSAND EIGHT HUNDRED EIGHTY SEVEN DOLLARS AND FIFTY CENTS ($1,887.50)

and further

**Against, A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS**

1) under the Federal Communications Act in the sum of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under the Federal Communications Act a sum of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)

3) and under the Federal Communications Act costs and Attorney fees of ONE THOUSAND EIGHT HUNDRED EIGHTY SEVEN DOLLARS AND FIFTY CENTS ($1,887.50)

together with interest on the award as allowed by law and a permanent injunction restraining the Defendants from violating the Federal Communications Act and for such other relief as the Court may deem just.

Dated: September 26, 2005
Ellenville, NY 12428

/s/ Margaret J. Boeringer
Margaret J. Boeringer, Esq.
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277

Sworn to before me this 26TH day of September, 2005

/s/ April Draganchuk
*April Draganchuk*

*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2007*

Exhibit A

Mountain Support Services
1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

# Invoice

| Date | Invoice # |
|---|---|
| 7/22/2005 | 70 |

**Bill To**

Lonstein Law Office, PC
Wayne D Lonstein
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428

| Description | Amount |
|---|---|
| INDIVIDUAL SERVICE<br>GCB v. RAHEB ABDUL-KHALEL<br>YOUR FILE #02-1DC-01R<br>CV#05-01077 | 100.00 |
| CORPORATE SERVICE<br>GCB v. A.K. FOODS, INC<br>YOUR FILE #02-1DC-01R<br>CV#05-01077 | 100.00 |

**Total** $200.00