UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** program

                             Plaintiff,

   -against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/aOLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/aOLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS

                             Defendants.

---

**RULE 54(b) STATEMENT**
Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

    Plaintiff, Garden City Boxing Club, Inc., as and for its Statement pursuant to Rule 54(b) of the Federal Rules of Civil Procedure hereby states as follows:

    There is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay, as the defaulting Defendants are the only remaining Defendants in this case.

Dated: September 21, 2005
        Ellenville, NY  12428

LONSTEIN LAW OFFICE, P.C.

By: /s/Margaret J. Boeringer
    Margaret J Boeringer
    Attorney for Plaintiff
    1 Terrace Hill; PO Box 351
    Ellenville, NY 12428
    Telephone:  845-647-8500
    Facsimile:   845-647-6277