UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** program

        Plaintiff,

  -against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS,

        Defendants.

---

**STATEMENT FOR JUDGMENT**
Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

**Principal Amount**..................................................................................$   110,000.00

**Interest** at the Rate of 9% from June 8, 2002, through
    September 12, 2005....................................................................$   32,330.95
    *Interest based upon award of $110,000.00

**Costs:**
    Filing Fees (per Defendant)........................................................$   125.00
    Process Server (per Defendant)..................................................$   100.00

    Auditor's Fee (per Defendant)....................................................$   175.00

**TOTAL (Per Defendant)**........................................................................$   142,730.95

        LONSTEIN LAW OFFICE, P.C.

        By: /s/ Margaret J. Boeringer
           Margaret J. Boeringer
           Attorney for Plaintiff
           1 Terrace Hill; PO Box 351
           Ellenville, NY 12428
           Telephone: 845-647-8500
           Facsimile: 845-647-6277