UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

-------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008.,** as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program

                              Plaintiff,

      -against-                      **DEFAULT JUDGMENT**
                                                   Civil Case No. 1-05-CV-1077-RCL
                                                   Honorable Royce C. Lamberth

RAHEB ABDUL-KHALEK, Individually, and as an
officer, director, shareholder and/or principal of A.K.
FOODS, INC. d/b/aOLLIE'S TROLLEY
RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a
CLICKS, and A.K. FOODS, INC. d/b/aOLLIE'S
TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS
a/k/a CLICKS

                              Defendants.

-------------------------------------------------------------

     The Summons and Complaint in this action having been duly served upon the Defendants,

**RAHEB ABDUL-KHALEK**, **Individually, and as an officer, director, shareholder and/or principal**

**of A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS**

**a/k/a CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a**

**OLLIE'S & CLICKS a/k/a CLICKS** on July 18, 2005, and said Defendants having failed to plead or

otherwise appear in this action,

    **NOW**, on motion of MARGARET J BOERINGER, of counsel to LONSTEIN LAW OFFICE

P.C., attorneys for the Plaintiff, it is hereby

         **ORDERED, ADJUDGED AND DECREED** that Defendant, any of his servants,
employees, agents, persons acting in concert with him or acting on his behalf are hereby permanently
enjoined and restrained from engaging in the unauthorized reception and interception, whether by air or
cable, of Plaintiff's programming, signals or services, or in aiding and abetting any such acts, and are
hereby permanently enjoined and restrained from connecting to, attaching, splicing into, tampering with
or in any way using Plaintiff's cable wiring without Plaintiff's authorization, and are hereby permanently
enjoined and restrained from manufacturing, selling, purchasing, obtaining, using, or possessing any
device or equipment capable of unscrambling, intercepting, receiving, decoding, transmitting, providing,

or making available all or part of Plaintiff's programming or services without Plaintiff's express authorization, it is further,

  **ORDERED AND ADJUDGED** that Garden City Boxing Club, Inc., the Plaintiff, does recover jointly and severally of **RAHEB ABDUL-KHALEK, individually**

  1)  under the Federal Communications Act in the sum of TEN THOUSAND DOLLARS ($10,000.00)

  2)  and under the Federal Communications Act a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

  3)  and under the Federal Communications Act costs and Attorney fees of ONE THOUSAND EIGHT HUNDRED EIGHTY SEVEN DOLLARS AND FIFTY CENTS ($1,887.50)

and interest on the award from June 8, 2002 as allowed by law and it is further,

  **ORDERED AND ADJUDGED** that Garden City Boxing Club, Inc., the Plaintiff, does recover jointly and severally of **A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS**

  1)  under the Federal Communications Act in the sum of TEN THOUSAND DOLLARS ($10,000.00)

  2)  and under the Federal Communications Act a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)

  3)  and under the Federal Communications Act costs and Attorney fees of ONE THOUSAND EIGHT HUNDRED EIGHTY SEVEN DOLLARS AND FIFTY CENTS ($1,887.50)

and interest on the award from June 8, 2002 as allowed by law and it is further,

  **ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated:    , 2005

                                                            _____
                                                    **HONORABLE ROYCE C. LAMBERTH**
                                                           United States District Judge