UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

-------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008.,** as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program

Plaintiff,

-against-

RAHEB ABDUL-KHALEK, *et al.,*

Defendants.

-------------------------------------------------------------

**REQUEST FOR DEFAULT**
Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

TO:    NANCY MAYER-WHITTINGTON, CLERK
       UNITED STATES DISTRICT COURT
       DISTRICT OF COLUMBIA

Please enter default of the following Defendants

**RAHEB ABDUL-KHALEK, Individually,**

**and**

**A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S &**

**CLICKS a/k/a CLICKS**

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend

the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of

Margaret J. Boeringer, Esq.

Dated: September 23, 2005
       Ellenville, New York

_____

/s/Margaret J. Boeringer
Margaret J. Boeringer, Esq.
Attorney for Plaintiff
Lonstein Law Office, P.C.
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

-------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a**
**California corporation with its principal place**
**of business located at 2380 So. Bascom Avenue,**
**Suite 200, Campbell, CA 95008.,** as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program

                      Plaintiff,

                                            **AFFIDAVIT IN SUPPORT OF DEFAULT**

       -against-                                Civil Case No. 1-05-CV-1077-RCL
                                            Honorable Royce C. Lamberth

**RAHEB ABDUL-KHALEK,** *et al.,*

                      Defendants.

-------------------------------------------------------------

        I hereby certify under penalty of perjury, this  day of September 2005, that I am the attorney of

record for the Plaintiff in the above entitled case; that the Defendants, were personally served with

process on July 18, 2005, as set forth in the proofs of service by Dwayne Boston, which were filed with

the Court on July 28, 2005, as ECF document nos.  3 and 4.

        I further certify under penalty of perjury that no appearance has been entered by said Defendants

in this case; no pleading has been filed an none served upon the attorney for the Plaintiff's no extension

has been given and the time for filing has expires; that the Defendant is neither an infant or an

incompetent person.

        The Clerk is requested to enter a Default against said Defendants.

Dated: 23rd  of September 2005
        Ellenville, NY 12428                   /s/Margaret J. Boeringer
                                     Margaret J. Boeringer
                                     D.C. Bar No. 479318

Sworn to before me this 23rd
day of September, 2005.

 /s/  April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration  No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2007*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

--------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008.,** as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program
Plaintiff,

       -against-

RAHEB ABDUL-KHALEK, *et al.,*
Defendants.

--------------------------------------------------------------

**MILITARY AFFIDAVIT**
Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 and 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this 13th day of September,2005 that I am the duly authorized agent of the Plaintiff in the above-listed case and make this Certificate in Plaintiff's behalf.

I make this Certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the Plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named Defendants are in the military service of the United States or its Allies and that as a result of said investigation, I have discovered and do hereby allege that said Defendants are not in the military service of the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said Defendant is not on active duty with any branches aforesaid, nor is said Defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the Defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said Defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the Defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a Tavern Owner.

Dated: September 23rd  2005
     Ellenville, NY 12428

                                      /s/Margaret J. Boeringer
                                      Margaret J. Boeringer
                                      D.C. Bar No. 479318

Sworn to before me this 23rd   day of September, 2005.

 /s/  April Draganchuk
***April Draganchuk***
***Notary Public State of New York***
***Registration  No. 4945872***
***Residing in Ulster County***
***My Commission Expires Jan. 27, 2007***

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
-------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008.,** as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program

                     Plaintiff,

      -against-

RAHEB ABDUL-KHALEK, *et al.,*

                     Defendants.
-------------------------------------------------------------

**DEFAULT**
Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

        It appearing that the above-named Defendants have failed to plead or otherwise defend this action though duly served with Summons and copy of Complaint on the July 18, 2005, and an Affidavit on behalf of the Plaintiff having been filed, it is this _____ day of September 2005, declared that, RAHEB ABDUL-KHALEK Individually,  and as an officer, director, shareholder and/or principal of LAWRENCE WILLIAMS, Individually,  and as an officer, director, shareholder and/or principal of **A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS** and **A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS** Defendants herein, are in default.

                     Nancy M. Mayer-Whittington, Clerk

               By:_____
                     Deputy Clerk