UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

-----------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,  is a**
**California corporation with its principal place**
**of business located at 2380 So. Bascom Avenue,**
**Suite 200, Campbell, CA 95008.,** as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program,

Plaintiff,

-against-

RAHEB ABDUL-KHALEK, *et, al.,*
                              Defendants.

----------------------------------------------------------

**CERTIFICATE OF SERVICE**

Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

I do hereby certify that, on October    3rd    , 2005 , the following documents were duly served by regular mail, postage prepaid

Plaintiff affidavit,
Request for Default,
Affidavit in Support of Default,
Military Affidavit,
Default,
Notice of Motion for Default Judgment,
Rule 54(b) Statement,
Statement for Judgment,
Attorney Affidavit of Costs and Fees,
Default Judgment,
Memorandum of Law in Support of Motion for Default Judgment,

upon the following:

Ragheb A. Khalek
4010 Foreston Road
Beltsville, MD 20705-2810

Click's
1426 L St NW
Washington, DC 20005-3503
A.K. Foods, Inc.
4010 Foreston Road
Beltsville, MD 20705-2810

 /s/ Margaret J. Boeringer
Margaret J. Boeringer
Attorney for Plaintiff
Lonstein Law Office, P.C.
1 Terrace Hill; P.O. Box 351
Ellenville, NY  12428