Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GARDEN CITY BOXING CLUB, INC..

    Plaintiff(s)

v.

Civil Action No.  05-1077 (CKK)

RAHEB ABDUL-KHALEK, et al.

    Defendant(s)

RE: RAHEB ABDUL-KHALEK (individually) A.K. FOODS, INC., d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS

## DEFAULT

It appearing that the above-named defendants have failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on   July 18, 2005  , and an affidavit on behalf of the plaintiff having been filed, it is this 5th day of  October , 2005 declared that: defendants are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Jackie Francis_
    Deputy Clerk