UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

GARDEN CITY BOXING CLUB, INC.,   )
                               )
      Plaintiff,          )
                               )
vs.                        ) Civil Case No.: 1-05-CV-1077-RCL
                               ) Honorable Royce C. Lamberth
RAGHEB ABDUL-KHALEK, et al.,   )
                               )
      Defendants         )
                               )

## OPPOSITION TO MOTION FOR DEFAULT AND ANSWER

Defendants Ragheb Abdul-Khalek, et al., through counsel, Ellis J. Koch, oppose the Motion for Entry of Default and file Answer to Complaint stating:

1. As set forth in the attached Affidavit service was never made on the Defendants.

2. No answer was filed as a result of not having received service.

3. Defendants have a bona fide defense on the merits as set forth in the attached answer and accompanying Affidavits.

THE LAW OFFICES OF ELLIS J. KOCH

By: _____/s/_____
      Ellis J. Koch, Esquire
      Bar No.: MD05356
      5904 Hubbard Drive
      Rockville, Maryland  20852
      (301)231-9480

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October 2005,  a copy of the foregoing OPPOSITION TO MOTION FOR DEFAULT AND ANSWER was mailed by United States, first class mail, postage prepaid to:


Margaret J. Boeringer, Esquire
Lonstein Law Office, P.C.
1 Terrace Hill
P.O. Box 251
Ellenville, NY 12428
Counsel for Plaintiff



/s/
Ellis J. Koch

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

GARDEN CITY BOXING CLUB, INC.,    )
                                 )
      Plaintiff,           )
                                 )
vs.                         ) Civil Case No.: 1-05-CV-1077-RCL
                                 ) Honorable Royce C. Lamberth
RAGHEB ABDUL-KHALEK, et al.,    )
                                 )
      Defendants          )
                                 )

## ANSWER

Defendants Ragheb Abdul-Khalek, et al., through counsel Ellis J. Koch answer the Complaint stating:

### AFFIRMATIVE DEFENSES

1. This court lacks jurisdiction over the subject matter.

2. The action is barred by the applicable period of limitations.

3. The action is barred by the equitable doctrine of laches.

4. The action is barred by estoppel.

5. The action is barred by failure of consideration.

6. The action is barred by fraud.

7. As an un-enumerated affirmative defense, Defendants assert that no transmission was ever made of the fight to Defendants' premises. That Comcast advised Defendants that no signal would be transmitted. The fight was not shown at the premises and Plaintiffs were advised by letter right after the fight that the fight was never shown.

**GENERAL DEFENSE**

8. Defendants received a copy of the Complaint by fax from Plaintiff's counsel on October 10, 2005. Defendants have not yet had time to analyze the Complaint and at this time deny liability generally by denying each and every averment of the pleading. A paragraph by paragraph response to be filed by supplemental answer.

WHEREFORE, Defendants pray the Complaint be dismissed with award of attorney's fees and costs.

THE LAW OFFICES OF ELLIS J. KOCH


By:  _____/s/_____
     Ellis J. Koch, Esquire
     Bar No.: MD05356
     5904 Hubbard Drive
     Rockville, Maryland  20852
     (301)231-9480




**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October 2005, a copy of the foregoing ANSWER was mailed by United States, first class mail, postage prepaid to:

    Margaret J. Boeringer, Esquire
    Lonstein Law Office, P.C.
    1 Terrace Hill
    P.O. Box 251
    Ellenville, NY 12428
    Counsel for Plaintiff


          _____/s/_____
          Ellis J. Koch

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**GARDEN CITY BOXING CLUB, INC.,**  )
                                    )
     **Plaintiff,**                 )
                                    )
**vs.**                             ) Civil Case No.: 1-05-CV-1077-RCL
                                    ) Honorable Royce C. Lamberth
**RAGHEB ABDUL-KHALEK, et al.,**    )
                                    )
     **Defendants**                 )
                                    )

<u>**ORDER**</u>

UPON CONSIDERATION of the Opposition to Motion for Default and Answer, it is by the United States District Court for the District of Columbia, this _____ day of _____, 2005,

ORDERED the Motion for Entry of Default Judgment is DENIED and the late filed Answer shall be accepted for filing by the Clerk of Court.

_____
Judge Royce C. Lamberth
United States District Court
 for the District of Columbia

Copies furnished to:

Ellis J. Koch, Esquire
Margaret J. Boeringer, Esquire

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA


GARDEN CITY BOXING CLUB, INC.,   )
                                   )
       Plaintiff,            )
                                   )
vs.                             ) Civil Case No.: 1-05-CV-1077-RCL
                                 ) Honorable Royce C. Lamberth
RAGHEB ABDUL-KHALEK, et al.,    )
                                 )
       Defendants           )
                                 )


## JURY DEMAND

Defendants pray trial by jury.


THE LAW OFFICES OF ELLIS J. KOCH


By: _____/s/_____
Ellis J. Koch, Esquire
5904 Hubbard Drive
Rockville, Maryland  20852
(301)231-9480


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October 2005, a copy of the foregoing JURY DEMAND was mailed by United States, first class mail, postage prepaid to:

Margaret J. Boeringer, Esquire
Lonstein Law Office, P.C.
1 Terrace Hill
P.O. Box 251
Ellenville, NY 12428
Counsel for Plaintiff


_____/s/_____
Ellis J. Koch