UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

GARDEN CITY BOXING CLUB, INC.,  )
                                 )
     Plaintiff,          )
                                 )
vs.                         )  Civil Case No.: 1-05-CV-1077-RCL
                               )  Honorable Royce C. Lamberth
RAGHEB ABDUL-KHALEK, et al.,  )
                               )
     Defendants         )
                               )

## AFFIDAVIT

The undersigned, Ragheb Abdul-Khalek being over the age of 18 and competent to testify, testifies of his own knowledge:

1. I am the person named in the affidavit of service and am the president of AK Foods, Inc.

2. I was never served with any process in this case.

3. My first documentary knowledge of this case came from a mailed package dated October 3, 2005 from Lonstein Law Office in Ellenville, N.Y. 12428, requesting a default judgment.

4. I received a telephone call on or about September 29, 2005 from an attorney but I didn't know anything about a filed lawsuit at that time. I heard nothing more until the package of October 3, 2005.

5. There is a bonafide defense for this case in that no broadcast signal was ever received as shown by the affidavits of Norvalla Reid and Britt Reid.

6. A fee was paid to Comcast but the bar operator has advised me that no signal was ever transmitted and that customers expecting to see the fight left the establishment.

7. Affiant says no more.

_____
Ragheb Abdul-Khalek

STATE OF MARYLAND           )
                            )
MONTGOMERY COUNTY           )

Subscribed and sworn before me a Notary Public of the State of Maryland, this _____ day of _____, 2005.

_____
NOTARY

My Commission Expires:

**Elena M. Ionita**
**Notary Public**
**Montgomery County, Md.**
**Commission** Expires _____