UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Case No.: 1-05-CV-1077-RCL ) Honorable Royce C. Lamberth |
| RAGHEB ABDUL-KHALEK, et al., | ) ) |
| Defendants | ) ) ) |

### AFFIDAVIT

The undersigned, Britt Reid being over the age of 18 and competent to testify, testifies to the following of my own knowledge:

1. I am a bartender working at Clicks and was working on June 8, 2002 the night of the Lewis-Tyson Fight.

2. There was no broadcast of the fight in Clicks.

3. Contact was made with Comcast asking where the signal was and we were told their would be no signal.

4. Patrons expecting to see the fight left.

5. I left early since my services were not needed.

6. Affiant says no more.

_____
Britt Reid

STATE OF MARYLAND          )
                           )
MONTGOMERY COUNTY          )

    Subscribed and sworn before me a Notary Public of the State of Maryland, this ___ day of _____, 2005.

                                             _____
                                                      NOTARY

My Commission Expires:

**Elena M. Ionita**
**Notary Public**
**Montgomery County, Md.**
**Commission Expires** _____