UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

GARDEN CITY BOXING CLUB, INC., )
                               )
    Plaintiff,                 )
                               )
vs.                            ) Civil Case No.: 1-05-CV-1077-RCL
                               ) Honorable Royce C. Lamberth
RAGHEB ABDUL-KHALEK, et al.,   )
                               )
    Defendants                 )
                               )

### AFFIDAVIT

The undersigned, Norvalla Reid being over the age of 18 and competent to testify, testifies to the following of my own knowledge:

1. I am a bartender working at Clicks and was working on June 8, 2002 the night of the Lewis-Tyson Fight.

2. There was no broadcast of the fight in Clicks.

3. I was in contact with Comcast asking where the signal was and was told their would be no signal.

4. Patrons expecting to see the fight left.

5. Affiant says no more.

_/s/ Norvalla S. Reid_
Norvalla Reid

STATE OF MARYLAND            )
                             )
MONTGOMERY COUNTY            )

    Subscribed and sworn before me a Notary Public of the State of Maryland, this ___ day of _____, 2005.

                                                                                         NOTARY

My Commission Expires:

**Elena M. Ionita**
**Notary Public**
**Montgomery County, Md.**
**Commission Expires** _____