UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

GARDEN CITY BOXING CLUB, INC.,  )
                               )
      Plaintiff,      )
                               )
vs.                          ) Civil Case No.: 1-05-CV-1077-RCL
                               ) Honorable Royce C. Lamberth
RAGHEB ABDUL-KHALEK, et al.,  )
                               )
      Defendants     )
                               )

## MOTION TO ACCEPT LATE FILED ANSWER

Defendants through counsel Ellis J. Koch, move this Court accept late filed answer stating as cause:

1. As set forth in the accompanying affidavit service was never made on Defendants.

2. Defendants have a bona fide defense to the Complaint as filed but were unable to timely respond because of lack of service of process.

3. Defendants have prepared an answer and have filed it contemporaneously with this pleading as a part of their opposition to default judgement.

WHEREFORE Defendants pray for good cause shown that the late filed answer be accepted by the Court.

THE LAW OFFICES OF ELLIS J. KOCH

By: _____/s/_____
Ellis J. Koch, Esquire
5904 Hubbard Drive
Rockville, Maryland  20852
(301)231-9480

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October 2005, a copy of the foregoing MOTION TO ACCEPT LATE FILED ANSWER was mailed by United States, first class mail, postage prepaid to:


Margaret J. Boeringer, Esquire
Lonstein Law Office, P.C.
1 Terrace Hill
P.O. Box 251
Ellenville, NY 12428
Counsel for Plaintiff


_____/s/_____
Ellis J. Koch

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Civil Case No.: 1-05-CV-1077-RCL** |
| | ) **Honorable Royce C. Lamberth** |
| **RAGHEB ABDUL-KHALEK, et al.,** | ) |
| | ) |
| **Defendants** | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the Motion to Accept Late Filed Answer, good cause having been shown, it is by the United States District Court for the District of Columbia, this _____ day of _____, 2005,

ORDERED that the Clerk of Court shall accept the late filed Answer and issue a Scheduling Order in the ordinary course.

_____
Judge Royce C. Lamberth
United States District Court
 for the District of Columbia

Copies furnished to:

Ellis J. Koch, Esquire
Margaret J. Boeringer, Esquire