```
            UNITED STATES DISTRICT COURT FOR
               THE DISTRICT OF COLUMBIA

GARDEN CITY BOXING CLUB, INC.,  )
                                )
     Plaintiff,                 )
                                )
vs.                             ) Civil Case No.: 1-05-CV-1077-RCL
                                ) Honorable Royce C. Lamberth
RAGHEB ABDUL-KHALEK, et al.,    )
                                )
     Defendants                 )
                                )
```

### AMENDED ANSWER

Defendants Ragheb Abdul-Khalek, et al., through counsel Ellis J. Koch answer the Complaint stating:

### AFFIRMATIVE DEFENSES

1. This court lacks jurisdiction over the subject matter.

2. The action is barred by the applicable period of limitations.

3. The action is barred by the equitable doctrine of laches.

4. The action is barred by estoppel.

5. The action is barred by failure of consideration.

6. The action is barred by fraud.

7. As an un-enumerated affirmative defense, Defendants assert that no transmission was ever made of the fight to Defendants' premises. That Comcast advised Defendants that no signal would be transmitted. The fight was not shown at the premises and Plaintiffs were advised by letter right after the fight that the fight was never shown.

**GENERAL DEFENSE**

8. Defendants received a copy of the Complaint by fax from Plaintiff's counsel on October 10, 2005. Defendants have not yet had time to analyze the Complaint and at this time deny liability generally by denying each and every averment of the pleading. A paragraph by paragraph response to be filed by supplemental answer.

WHEREFORE, Defendants pray the Complaint be dismissed with award of attorney's fees and costs.

THE LAW OFFICES OF ELLIS J. KOCH

By: _____/s/_____
Ellis J. Koch, Esquire
Bar No.: MD05356
5904 Hubbard Drive
Rockville, Maryland  20852
(301)231-9480

**VERIFICATION**

The undersigned as the individual Defendant and as president of Defendant corporation certifies under penalty of perjury that the factual statements set forth in the afore-going Answer are true on personal knowledge, information and belief.

/s/_____
Ragheb Abdul-Khalek

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 21st day of October 2005, a copy of the foregoing AMENDED ANSWER was mailed by United States, first class mail, postage prepaid to:

    Margaret J. Boeringer, Esquire
    Lonstein Law Office, P.C.
    1 Terrace Hill
    P.O. Box 251
    Ellenville, NY 12428
    Counsel for Plaintiff

                                                      /s/
                                           Ellis J. Koch