UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** program

                              Plaintiff,

-against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/aOLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/aOLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS

                              Defendants.

**STIPULATION**

Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

-----------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the plaintiff and defendant in the above captioned action,

1. Plaintiff and Defendant stipulate to the vacatur of the default entered by the Clerk on October 5, 2005 and withdrawal of the Plaintiff's motion for Default Judgment.
2. Defendant will file an answer by November 9, 2005.
3. Defendants agree to waive all jurisdictional defenses relative to service of Plaintiff's Summons and Verified Complaint.
4. If Defendant's answer is not filed timely Plaintiff may move to reinstate the Default.

Dated: October 20, 2005
       Ellenville, NY  12428

By:/s/ Ellis J. Koch,Esq.
      Ellis J. Koch, Esq.
      Attorney for Defendant
      5904 Hubbard Drive
      Rockville, MD 20852
      Phone 301-231-9480
      Fax 301-881-9465.

LONSTEIN LAW OFFICE, P.C.
By: /s/Margaret J. Boeringer
      Margaret J. Boeringer
      Attorney for Plaintiff
      1 Terrace Hill; PO Box 351
      Ellenville, NY 12428
      Telephone:  845-647-8500
      Facsimile:   845-647-6277

**SO ORDERED**

_____
The Honorable Royce C. Lamberth