UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,  is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008.,** as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program

                                        Plaintiff,             **PROPOSED DISCOVERY PLAN**

    -against-                                Civil Case No. 1-05-CV-1077-RCL

                                            Honorable Royce C. Lamberth

RAHEB ABDUL-KHALEK, Individually, and as an
officer, director, shareholder and/or principal of A.K.
FOODS, INC. d/b/aOLLIE'S TROLLEY
RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a
CLICKS, and A.K. FOODS, INC. d/b/aOLLIE'S
TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS
a/k/a CLICKS

                                    Defendants.

---------------------------------------------------------

1.       **Pursuant to Fed. R. Civ. P. 26 (f)**, a meeting was held on **October 20, 2005**, via telephone
and was attended by the following:

       Margaret J. Boeringer, Esq.                   Attorney for Plaintiff
       Ellis J. Koch, Esq.                          Attorney for  Defendant

2.    a.      **Pre-Discovery Disclosures**. Plaintiff and Defendants will exchange by **November 21, 2005,** the information required by Fed. R. Civ. P. 26 (a)(1).

      b.      This case is not likely to be disposed of by dispositive motion because there are contested issues of fact.

      c.      A Magistrate may be assigned for all purposes.

      d.      There is a realistic possibility that this case will settle.

      e.      This case would not benefit from ADR.

3.       **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

      a.      Discovery will be needed on the following subjects:

             By Plaintiff:

1.      Any and all writings by any of the agents, servants, representatives, employees, shareholders, corporate officers, corporate directors, managers, owner(s), general and/or limited partners, and joint ventures of each Defendant which contain any admission against the interests of Plaintiff in this case.

2.      Any and all photographs, movies, slides, audio cassettes, video cassettes, videotapes, and any other tapes regarding any matter involved in this litigation.

3.      Any and all sketches, charts, maps, diagrams, regarding any issues involved in this litigation.

4.      Any and all documents, papers, books, records, letters, or any printed or written material which contain any information or any relevant facts relating to this action.

5.      Any and all statements, invoices or other memoranda in Defendant's possession  concerning each Defendant's acquisition of any cable converter boxes, cable equipment, accessories from the inception of the Defendant's subscription to Plaintiff's cable services to the present.

6.      Copies of cable bills for the premises and/or residence of the Defendant in Defendant's possession for the years  2001, 2002, 2003, 2004, and 2005.

7.      Copies of satellite bills for the premises and/or residence of the Defendant in Defendant's possession for the years 2001, 2002, 2003, 2004, and 2005.

b.      All discovery commenced in time to be completed by **February 20, 2006**

c.      Maximum of 25 interrogatories by each party to any other party to be answered by no later than **December 19, 2005**

d.      Requests for admission by Plaintiff to be served by **December 20, 2005.**  Requests for admission by Defendants to be served by **December 20, 2005.**

e.      Maximum of four (4) depositions each by Plaintiff and Defendant.

f.      Each deposition is limited to a maximum of two (2) hours, unless extended by agreement of the parties.

g.      Plaintiff and Defendant shall designate Experts by **December 20, 2005.**

h.      Supplementation under Rule 26 (e) due within 15 days of receipt of information or material.

**4.      Other Items.**

a.  The parties respectfully request a telephonic conference with the Court before entry of the scheduling order.

b.  The parties request a pretrial conference in **June 20, 2006.**

c.  Parties shall be allowed until **December 20, 2005,** to join additional parties and until **December 20, 2005,** to amend pleadings.

d.  All dispositive motions should be filed by **April 19, 2006.**

e.  Settlement negotiations are ongoing Judicial intervention may or may not be required, the parties will promptly advise the Court should negotiations break down.

f.  Final list of witnesses and exhibits under Rule 26 (a) (3) should be due:

   1.  From Plaintiff by **January 31, 2006.**

   2.  From Defendants by **January 31, 2006.**

g.  Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26 (a) (3).

h.  The case should be ready for trial by **August 1, 2006 days,** and at this time is expected to take approximately **one** (1) day.

Dated: October 20, 2005

By:/s/Margaret J. Boeringer, Esq.
Margaret J. Boeringer, Esq.
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Fax: 845-647-6277


By:/s/ Ellis J. Koch,Esq.
   Ellis J. Koch, Esq.
   Attorney for Defendant
   5904 Hubbard Drive
   Rockville, MD 20852
   Phone 301-231-9480
   Fax 301-881-9465.