UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

------------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** program

                      Plaintiff,

-against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/aOLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/aOLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS

                      Defendants.

---------------------------------------------------------

**DISCOVERY ORDER**

Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

      The Parties having met and conferred pursuant to Local Rule 16.3 and filed a Meet and Confer Report pursuant to Rule 16.3(d) it is hereby ordered that:

      Plaintiff and Defendants will exchange by **November 21, 2005,** the information required by Fed. R. Civ. P. 26 (a)(1).

      All discovery will be commenced in time to be completed by **February 20, 2006**

      Maximum of 25 interrogatories by each party to any other party are to be answered by no later than **December 19, 2005**

      Requests for admission by Plaintiff are to be served by **December 20, 2005.** Requests for admission by Defendants to be served by **December 20, 2005.**

      Maximum of four (4) depositions may be held each by Plaintiff and Defendant.

      Each deposition is limited to a maximum of two (2) hours, unless extended by agreement of the parties.

      Plaintiff and Defendant shall designate Experts by **December 20, 2005.**

      Supplementation under Rule 26 (e) is due within 15 days of receipt of information or

material.

The parties request a pretrial conference in **June, 2006.**

Parties shall be allowed until **December 20, 2005,** to join additional parties and until **December 20, 2005,** to amend pleadings.

All dispositive motions shall be filed by **April 19, 2006.**

The final list of witnesses and exhibits under Rule 26 (a) (3) shall be due:

1. From Plaintiff by **January 31, 2006.**

2. From Defendants by **January 31, 2006.**

Parties shall have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26 (a) (3).

Dated:

SO ORDERED BY:

_____