UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1077 (RCL) |
| RAGHEB ABDUL-KHALEK, *et al.*, ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the docket for this case, it appears that plaintiff's counsel has not complied with LCvR 83.2(c).  It is hereby

ORDERED that plaintiff's counsel shall, within ten (10) days of this date, demonstrate compliance with the Rule or indicate the steps taken to do so.

Upon consideration of the parties' Meet & Confer Statement [16], and the indication therein at Section 2.c that the parties consent to proceed before a United States Magistrate Judge for all purposes, it is hereby

ORDERED that, if the parties so consent, they shall each sign and date the attached form and return the form to the Clerk of Court.  It is hereby

FURTHER ORDERED that upon receipt of the executed form, the Courtroom Deputy shall refer this case to a Magistrate Judge for all purposes, including trial.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 26, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RAGHEB ABDUL-KHALEK,** *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1077 (RCL)<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO PROCEED BEFORE A**
**UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          _____
Attorney for Plaintiff                                          Date


_____          _____
Attorney for Defendants                                       Date


NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**Order of Reference** was entered as an ECF Order at Document No. 17, dated October 26, 2005.