UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

GARDEN CITY BOXING CLUB, INC., )
)
    Plaintiff, )
)
vs. ) Civil Case No.: 1-05-CV-1077-RCL
) Honorable Royce C. Lamberth
RAGHEB ABDUL-KHALEK, et al., )
)
    Defendants )
)

## RULE 26(a) DISCLOSURES

(1) INITIAL DISCLOSURE

    A. WITNESS DISCLOSURE

        1. Ragheb Abdul-Khalek
           1426 L Street, NW
           Washington, DC 20005
           (202) 628-3833

           Defendant and owner of restaurant and bar facility.
           Information as to broadcast of fight.

        2. Norvalla Reid
           3770 Hayes Street, NE
           Apt. 8
           Washington, DC 20019

           Information as to broadcast of fight.

        3. Britt John Reid
           3770 Hayes Street, NE
           Apt. 8
           Washington, DC 20019

           Information as to broadcast of fight

        4. Comcast Representative - Not yet identified

           Information on broadcast of fight.

      B.    DOCUMENTS

           No documents at this time, but subject to amendment as discovery progresses.

      C.    DAMAGES

           No damages computation at this time.

      D.    INSURANCE - NONE

(2)    EXPERT TESTIMONY

      None

(3)    PRETRIAL DISCLOSURES

      To be provided at close of discovery

                                   THE LAW OFFICES OF ELLIS J. KOCH

                     By:      /s/
                            Ellis J. Koch, Esquire
                            5904 Hubbard Drive
                            Rockville, Maryland  20852
                            (301)231-9480

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 21st day of November 2005, a copy of the foregoing RULE 26(a) DISCLOSURES was mailed by United States, first class mail, postage prepaid to:

Margaret J. Boeringer, Esquire
Lonstein Law Office, P.C.
1 Terrace Hill
P.O. Box 251
Ellenville, NY 12428
Counsel for Plaintiff

                                        /s/
                                  Ellis J. Koch