UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARDEN CITY BOXING CLUB, INC., )
)
Plaintiff, )
)
v. ) Civil Action No. 05-1077 (RCL)
)
RAGHEB ABDUL-KHALEK, *et al.*, )
)
Defendants. )

**FILED**
DEC - 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        11/29/05
Attorney for Plaintiff                             Date

_____        11/22/05
Attorney for Defendants                         Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**Order of Reference** was entered as an ECF Order at Document No. 17, dated October 26, 2005.