UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**RAGHEB ABDUL-KHALEK, et al.,** )<br>)<br>Defendants )<br>) | Civil Case No.: 1-05-CV-1077-RCL<br>Honorable Royce C. Lamberth |

**RESPONSE TO ADMISSIONS**

1. CLICKS was open for Business on the evening of **June 8, 2002.**

    **ADMIT**

2. CLICKS had the capability of receiving satellite and/or cable television broadcasts on **June 8, 2002.**

    **ADMIT**

3. CLICKS did in fact exhibit a portion or all of the broadcast of the **June 8, 2002, Lewis/Tyson program.**

    **DENY**

4. CLICKS was not authorized by plaintiff or any other entity to exhibit the broadcast of the **June 8, 2002, Lewis/Tyson program.**

    **ADMIT**

5. CLICKS was in fact a commercial business and not a residential dwelling on **June 8, 2002**.

    **ADMIT**

6. CLICKS knowingly and willfully intercepted and exhibited the broadcast of the **June 8, 2002, Lewis/Tyson program.**

    **DENY**

7.    RAGHEB ABDUL-KHALEK, was in a position to supervise and control the activities at CLICK on **June 8, 2002.**

      **DENY**

8.    RAGHEB ABDUL-KHALEK, received financial benefit from the operation of CLICKS on **June 8, 2002.**

      **DENY ANY SPECIAL BENEFIT FROM FIGHT- ADMIT AS TO NORMAL INCOME FOR THE NIGHT.**

      /s/
      Ragheb Abdul-Khalek

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December 2005, a copy of the foregoing RESPONSE TO ADMISSION was mailed by United States, first class mail, postage prepaid to:

Margaret J. Boeringer, Esquire
Lonstein Law Office, P.C.
1 Terrace Hill
P.O. Box 251
Ellenville, NY 12428

      /s/
      Ellis J. Koch