UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

GARDEN CITY BOXING CLUB, INC.
    VS.                                                             1-05-CV-1077-RCL
RAHEB ABDUL-KHALEK

ENTRY OF APPEARANCE

The Clerk will please enter the appearance of the undersigned as counsel for the Plaintiff..

/s/ herbert a.. rosenthal
Herbert A. Rosenthal (Bar NO. 11007)
1020–19TH STREET, NW, #400
WASHINGTON, DC 200366101
PH 202 785 9773
FX 202 659 3526
herbert@herbertrosenthal.com
January 20, 2006


c:\lonstein\entry of appearance