UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

**GARDEN CITY BOXING CLUB, INC.,** is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008., as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program

                                     Plaintiff,

-against-

RAHEB ABDUL-KHALEK, Individually, and as an
officer, director, shareholder and/or principal of
A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY
RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a
CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S
TROLLEY RESTAURANT a/k/a OLLIE'S &
CLICKS a/k/a CLICKS

                                     Defendants.

**AFFIRMATION IN SUPPORT OF
WITHDRAWAL OF COUNSEL**
Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

---

STATE OF NEW YORK :
                    : SS.:
COUNTY OF ULSTER :

    JULIE COHEN LONSTEIN, affirms and says:

    1.    That I am a member of Lonstein Law Office, P.C. and the attorney for Plaintiff, Garden City Boxing Club, Inc., in the above referenced matter and I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

    2.    That Margaret Jane Boeringer is no longer employed by Lonstein Law Office, P.C. and no longer represents our client, Garden City Boxing Club, Inc. in this or any other matter.

    3.    That it is the wish of Plaintiff Garden City Boxing Club, Inc., that Herbert Rosenthal, Esq., of 1020 19th Street, NW, #400, Washington, DC 20036, be designated as lead

Counsel for the above captioned case.

Dated: January 17, 2006                              /s/ Julie Cohen Lonstein
       Ellenville, NY 12428                          Julie Cohen Lonstein
                                                     Lonstein Law Office, P.C.
                                                     1 Terrace Hill  P.O. Box 351
                                                     Ellenville, NY 12428
                                                     Tel. (845) 647-8500
                                                     Fax (845) 647-6277

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

**GARDEN CITY BOXING CLUB, INC.**, is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008., as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program

      Plaintiff,

-against-

RAHEB ABDUL-KHALEK, Individually, and as an
officer, director, shareholder and/or principal of A.K.
FOODS, INC. d/b/a OLLIE'S TROLLEY
RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a
CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S
TROLLEY RESTAURANT a/k/a OLLIE'S &
CLICKS a/k/a CLICKS

      Defendants.

---

**AFFIDAVIT IN SUPPORT OF
WITHDRAWAL OF COUNSEL**
Civil Case No. 1-05-CV-1077-RCL
Honorable Royce C. Lamberth

STATE OF NEW YORK :
       : SS.:
COUNTY OF ULSTER :

MARGARET J. BOERINGER, being duly sworn, deposes and says:

1. That I am an attorney duly admitted to practice before this Court.

2. That I am no longer in the employ of LONSTEIN LAW OFFICE, P.C. and therefore, have no authority to represent their client GARDEN CITY BOXING CLUB, INC.

3. It is my understanding that Herbert Rosenthal, Esq. will be substituted in as counsel for Plaintiff.

4. I wish to be removed as counsel in the above captioned case.

Sworn before me this 18 Jan. 2006

_____
Notary Public

BAHRAM MAHABADI
Notary Public, State of New York
No. 01MA6129984
Qualified in Nassau County
Commission Expires July 5, 2009

By: Margaret J. Boeringer, Esq.
18 Circle Avenue
B1
Ellenville, NY 12428
Tel: 718-785-5583
Email: gboeringer@hotmail.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
---------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a
California corporation with its principal place
of business located at 2380 So. Bascom Avenue,
Suite 200, Campbell, CA 95008.,** as Broadcast
Licensee of the **June 8, 2002 Lewis/Tyson** program,

                        Plaintiff,

                                                    **CERTIFICATE OF SERVICE**
-against-                                    Civil Case No. 1-05-CV-1077-RCL
                                                    Honorable Royce C. Lamberth

RAHEB ABDUL-KHALEK, *et, al.*,
                        Defendants.
---------------------------------------------------------

       I do hereby certify that, on January 20, 2006, the following documents were duly served by regular mail, postage prepaid on the following:

                       Affirmation in Support of Withdrawal of Counsel
                       Affidavit in Support of Withdrawal of Counsel
                       Notice of Appearance
                       Certificate of Service


Ellis J. Koch, Esq.
The Law Offices of Ellis J. Koch
5904 Hubbard Drive
Rockville, MD 20852

                                                                  /s/Julie Cohen Lonstein
                                                                   Julie Cohen Lonstein