UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** Program,

               Plaintiff,

   -against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS;

               Defendants.

-----------------------------------------------------------------

Civil Case No. 1-05-CV-1077-RCL

**MOTION TO ADMIT JULIE COHEN LONSTEIN *PRO HAC VICE***

The undersigned, JULIE COHEN LONSTEIN, of the firm LONSTEIN LAW OFFICE, P.C. moves this Court to admit her to practice before this Court solely for the purpose of appearing as counsel in the above-styled case, on behalf of Plaintiff, **GARDEN CITY BOXING CLUB, INC.,** and states:

    1. I am a licensed attorney authorized to practice law in the State of New York. I am associated with the law firm of LONSTEIN LAW OFFICE, P.C., 1 Terrace Hill: P.O. Box 351, Ellenville, New York 12428, Telephone Number (845) 647-8500.

2. I am currently in good standing and an active member of the State of New York Bar and have been admitted to practice before the highest Court of the State of New York and the Federal Courts for the Southern, Eastern, Northern and Western Districts of New York.

3. I have been admitted to practice *pro hac vice* in this Court within the past three (3) years.

4. I do not engage in the practice of law from an office located in the District of Columbia, nor do I have a membership application pending.

Dated: January 20, 2006

        Respectfully submitted,

        /s/Julie Cohen Lonstein
        Julie Cohen Lonstein, Esq.
        Lonstein Law Office, P. C.
        1 Terrace Hill: PO Box 351
        Ellenville, New York   12428
        Tel: 845-647-8500
        *Our File No.  02-1DC-01R*

        /s/Herbert A. Rosenthal
        Herbert A. Rosenthal, Esq.
        D.C. Bar Roll No. 11007
        Local Counsel for Plaintiff
        1020 19th Street NW, #400
        Washington, DC   20036-6101
        Tel: (202)785-9773