UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** Program,

          Plaintiff,

   -against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS;

          Defendants.

---

Civil Case No. 1-05-CV-1077-RCL

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

COME NOW the Plaintiff, **GARDEN CITY BOXING CLUB, INC.,** on behalf of Themselves and All Others Similarly Situated, and through counsel hereby move the Court to admit Julie Cohen Lonstein, practicing attorney with the law firm of LONSTEIN LAW OFFICE, P.C., 1 Terrace Hill, P.O. Box 351, Ellenville, New York 12428. Her admission is moved for the purpose of actively participating in the discovery and trial of the above action on behalf of the Plaintiff. HERBERT A. ROSENTHAL, ESQ. will remain as the resident counsel for the Plaintiff.

Attached hereto is the Affidavit of Julie Cohen Lonstein.

Dated: January 20, 2006

                                         /s/Herbert A. Rosenthal
                                         HERBERT A. ROSENTHAL, ESQ.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** Program,

          Plaintiff,

   -against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/aOLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/aOLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS;

          Defendants.

Civil Case No. 1-05-CV-1077-RCL

-----------------------------------------------------------------

### AFFIDAVIT OF JULIE COHEN LONSTEIN IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF ULSTER    )

    JULIE COHEN LONSTEIN, being duly sworn on oath, deposes and states:

    1.  I am a member of the law firm of LONSTEIN LAW OFFICE, P.C., 1 Terrace Hill, P.O. Box 351, Ellenville, New York 12428, associate counsel for Plaintiff in this action. I submit this affidavit in support of the motion for my admission to this Court *pro hac vice* in this matter.

    2. I am a member in good standing in the States on the attached list. I have never been subject to disciplinary action in any Court or administrative proceeding.

    3. Pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia, the following attorney has been designated as associate counsel in this matter:

Herbert A. Rosenthal, Esq.
D.C. Bar Roll No. 11007
Local Counsel for Plaintiff
1020 19th Street NW, #400
Washington, DC  20036-6101
Tel: (202)785-9773

                                    /s/ Julie Cohen Lonstein
                                    JULIE COHEN LONSTEIN

Sworn to and subscribed before me
this 24th day of January, 2006.

/s/April Draganchuk
    *April Draganchuk*
*Notary Public State of New York*
*Registration  No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2007*

**+State Court Admissions - Julie Cohen Lonstein**

New York                          #2393759       January 1991

**Federal Court Admissions - Julie Cohen Lonstein**

| | COURT | YEAR ADMITTED | MEMBER IN GOOD STANDING | CURRENT STATUS |
|---|---|---|---|---|
| 1. | District of Colorado | 1998 | Yes | Active |
| 2. | Northern District of Illinois (90784647) | 1997 | Yes | Active |
| 3. | Central District of Illinois | 1997 | Yes | Active |
| 4. | Southern District of Illinois | 1998 | Yes | Active |
| 5. | Southern District of Indiana | 1998 | Yes | Active |
| 6. | District of Maryland (024576) | 1997 | Yes | Active |
| 7. | District of Nebraska | 1998 | Yes | Active |
| 8. | Northern District of NY (#506422) | 1991 | Yes | Active |
| 9. | Western District of NY (# 506422) | 1995 | Yes | Active |
| 10. | Southern District of NY (JL8521) | 1992 | Yes | Active |
| 11. | Eastern District of NY (JL8521) | 1998 | Yes | Active |
| 12. | Northern District of Texas | 1998 | Yes | Active |
| 13. | Southern District of Texas (# 21857) | 1998 | Yes | Active |
| 14. | Eastern District of Texas | 1997 | Yes | Active |
| 15. | Western District of Texas | 1998 | Yes | Active |
| 16. | District of Vermont (000408521) | 1997 | Yes | Active |
| 17. | Eastern District of Wisconsin | 1998 | Yes | Active |
| 18. | Eastern District of Michigan | 2002 | Yes | Active |
| 19. | Northern District of Indiana | 2003 | Yes | Active |
| 20. | Northern District of Ohio | 2004 | Yes | Active |

**Pro Hac Vice Admissions - Julie Cohen Lonstein**

**1997**
United States District Court for the District of Kentucky

**1998**
United States District Court for the District of West Virginia
United States District Court for the District of Delaware

**1999**
United States District Court for the District of Hawaii
United States District Court for the District of Alaska
United States District Court for the Louisiana
United States District Court for the District of Kentucky
United States District Court for the District of Kansas

United States District Court for the District of Iowa
United States District Court for the Middle District of Florida

**2000**

United States District Court for the Southern District of Alabama - Southern Division
United States District Court for the Northern District of Alabama- Western Division
United States District Court for the Eastern District of Arkansas
United States District Court for the Middle District of Florida
United States District Court for the Southern District of Florida
United States District Court for the Middle District of Georgia - Athens Division
United States District Court for the Northern District of Georgia
United States District Court for the Northern District of Georgia - Atlanta Division
United States District Court for the Northern District of Georgia - Gainesville Division
United States District Court for the District of Kansas
United States District Court for the Northern District of Indiana - Hammond Division
United States District Court for the Western District of Louisiana
United States District Court for the District of Maine
United States District Court for the Southern District of Mississippi- Southern Division
United States District Court for the Southern District of Mississippi- Hattiesburg Division -
    Julie Cohen Lonstein's Bar Number is 42761 for the USDC SDMI
United States District Court for the Eastern District of Missouri
United States District Court for the District of New Hampshire
United States District Court for the District of Nevada
United States District Court for the Southern District of Ohio- Eastern Division
United States District Court for the Southern District of Ohio
United States District Court for the Northern District of Oklahoma
United States District Court for the Middle District of North Carolina - Greensboro Division
United States District Court for the Western District of North Carolina - Charlotte Division
United States District Court for the District of South Carolina - Charleston Division
United States District Court for the District of South Carolina - Florence Division
United States District Court for the District of South Dakota
United States District Court for the Eastern District of Tennessee - Chattanooga Div.
United States District Court for the Western District of Tennessee
United States District Court for the Western District of Tennessee - Memphis Division
United States District Court for the District of Nevada
United States District Court for the Southern District of West Virginia - Huntington Division
United States District Court for the Northern District of West Virginia - Clarksburg Division

**2001**

United States District Court for the Northern District of Alabama - Birmingham Division
United States District Court for the Southern District of Alabama
United States District Court for the District of Alaska - Anchorage Division
United States District Court for the Southern District of Florida - Ft. Lauderdale Division
United States District Court for the Northern District of Georgia
United States District Court for the District of Kansas
United States District Court for the Western District of Kentucky
United States District Court for the District of Hawaii
United States District Court for the Northern District of Indiana - Hammond Division

United States District Court for the Northern District of Iowa - Cedar Rapids Division
United States District Court for the Western District of Louisiana - Lafayette-Opelousas Division
United States District Court for the Northern District of Mississippi - Western Division
United States District Court for the District of Minnesota
United States District Court for the District of Nevada
United States District Court for the Middle District of North Carolina - Greensboro Division
United States District Court for the Western District of North Carolina - Charlotte Division
United States District Court for the District of Oregon - Portland Division
United States District Court for the District of Oregon - Eugene Division
United States District Court for the Western District of Tennessee - Western Division -Memphis
United States District Court for the Eastern District of Virginia
United States District Court for the Southern District of West Virginia at Beckley
United States District Court for the Southern District of West Virginia at Charleston

**2002**
USDC SDFL - Ft. Lauderdale
USDC Northern District of Georgia
USDC Northern District of Indiana
USDC District of Kansas
USDC Western District of Kansas - Louisville Division
USDC Western District of Missouri - Western Division
USDC District of Nevada
USDC Western District of North Carolina - Charlotte Division
USDC EDVA
USDC Eastern District of Washington
USDC Western District of Tennessee - Western Division-Memphis

**2003**
USDC NDAL - Birmingham Division
USDC EDAR - Western Division
USDC EDCA
USDC DC
USDC MDFL - Orlando Division
USDC MDFL - Tampa Division
USDC SDFL
USDC SDFL - Fort Pierce Division
USDC SDFL - Miami Division
USDC NDGA
USDC DID - Boise Division
USDC DID - Eastern Division
USDC NDIN - Hammond Division
USDC NDIN - South Bend Division
USDC NDIN - Fort Wayne Division
USDC EDLA
USDC WDLA - Lake Charles Division
USDC DMN
USDC EDMS - Eastern Division
USDC SDMS - Hattiesburg Division
USDC MDNC - Greensboro Division
USDC DNV

USDC DSC - Greenville Division
USDC WDTN - Western Division-Memphis
USDC WDVA - Abingdon Division
USDC WDWA

**2004**
USDC EDAR
USDC DAZ
USDC NDCA
USDC CDCA
USDC SDCA
USDC MDFL - Tampa Division
USDC SDFL - Ft. Lauderdale Division
USDC SDFL - Miami Division
USDC NDGA
USDC DID - Boise Division
USDC EDKY
USDC WDKY - Louisville Division
USDC DMN
USDC EDMO
USDC WDMO
USDC SDMS - Bar No. 42761
USDC MDNC - Greenboro Division
USDC MDTN - Nashville Division
USDC EDWA
USDC WDWA
USDC SDWV - Huntington Division
USDC - EDVA
USDC - WDVA

**2005**
USDC - SDFL
USDC - MDNC
USDC - DNV
USDC - DRI
USDC - DWY
USDC - MDGA
USDC - NDMS

**SPECIALIZATION IN ALL FEDERAL COURTS**

Claims for the illegal interception of encrypted satellite signals pursuant to Title 47 USC §§ 553,605