UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** Program,

      Plaintiff,

  -against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS;

      Defendants.

---

Civil Case No. 1-05-CV-1077-RCL

## ORDER

Considering the foregoing, IT IS HEREBY ORDERED that JULIE COHEN LONSTEIN, ESQ., be and hereby is, permitted to appear pro hac vice for all purposes, including being heard in open court, in all aspects of the above captioned matter.

Washington, D.C., this _____ day of January, 2006.

                                      _____
                                      UNITED STATES DISTRICT COURT JUDGE