UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Case No.: 1-05-CV-1077-RCL |
| | ) Honorable Deborah A. Robinson |
| **RAGHEB ABDUL-KHALEK, et al.,** | ) |
| | ) |
| **Defendants** | ) |
| | ) |

## CONSENT MOTION TO CONTINUE

Defendants through counsel Ellis J. Koch and with the consent of Plaintiff's counsel moves this court to continue the Status Conference now set for February 2, 2006 stating as cause:

1. Plaintiff's counsel has a medical consultation on that date which cannot be cancelled.

2. The dates for which counsel are <u>not</u> available are February 1, February 2, February 6-10, February 14, February 15, February 17-24 and February 27, 2006. All other dates in February are available.

WHEREFORE, Defendant prays that the continuance be granted.

THE LAW OFFICES OF ELLIS J. KOCH

By:   /S/
Ellis J. Koch
5904 Hubbard Drive
Rockville, Maryland  20852
(301)231-9480

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 31st day of January 2006, a copy of the foregoing CONSENT MOTION TO CONTINUE mailed by United States, first class mail, postage prepaid to:

    Julie Cohen Lonstein, Esquire  
    Lonstein Law Office, P.C.  
    1 Terrace Hill  
    P.O. Box 351  
    Ellenville, NY 12428  
    Attorney for Plaintiff

    Herbert Rosenthal, Esquire  
    1020 19th Street, NW  
    Suite 400  
    Washington, DC 20006  
    (202) 785-9773

    /S/  
    Ellis J. Koch