```
                    UNITED STATES DISTRICT COURT FOR
                       THE DISTRICT OF COLUMBIA


GARDEN CITY BOXING CLUB, INC.,   )
                                 )
     Plaintiff,                  )
                                 )
vs.                              ) Civil Case No.: 1-05-CV-1077-RCL
                                 ) Honorable Deborah A. Robinson
RAGHEB ABDUL-KHALEK, et al.,     )
                                 )
     Defendants                  )
                                 )
```

## ORDER

UPON consideration of the Consent Motion to Continue, cause have been found, it is by the United States District Court for the District of Columbia, this _____ day of _____, 2006

ORDERED the conference in the above-captioned case is continued from February 2, 2006 to _____, 2006.

[Signed and Dated Above]

Copies furnished to: Ellis J. Koch, Julie Cohen Lonstein and Herbert Rosenthal

End of Order