UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** Program,

          Plaintiff,

   -against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS;

          Defendants.

-----------------------------------------------------------------

Civil Case No. 1-05-CV-1077-RCL

**MOTION TO ISSUE COURT ORDERED SUBPOENA**

      Plaintiff, GARDEN CITY BOXING CLUB, INC., by its counsel, JULIE COHEN LONSTEIN, of the firm LONSTEIN LAW OFFICE, P.C. moves this Court to issue a Subpoena in the above-styled case.

    1.    This action involves Plaintiff's claim against the Defendants for the alleged interception and exhibition of the June 8, 2002, Lewis/Tyson boxing match in violation of 47 U.S.C. §605, *et seq*.

    2.    The Plaintiff is the owner of the commercial rights to distribute the Lewis/Tyson boxing match on June 8, 2002, to commercial establishments for a licensing fee. The Complaint

alleges that the Defendants herein did not purchase the rights to intercept and exhibit this encrypted boxing match from the Plaintiff, but intercepted and exhibited same without legal authorization.

3. In Discovery, Defendant has admitted that they have Comcast Cable, but do not have the records that were requested in Plaintiff's demand for production. Pursuant to the Cable Communications Policy Act of 1984, which went into effect December 29, 1984, added Section 631 to the Communications Act of 1934. According to this section, cable operators may not provide cable records unless the requestor has obtained a Court Order for authorization. A copy of the Communications Act of 1934 is attached hereto as Exhibit "A".

4. Plaintiff is moving that the Court issue a Subpoena, as the Subpoena is required for the acquisition of account and billing records from the answering Defendant's cable company. A copy of the Subpoena is attached hereto as Exhibit "B".

5. Defendant has indicated that they have no objection to the issuance of the Subpoena and Plaintiff respectfully requests that the Court So-Order the Subpoena so Plaintiff may obtain account and billing records from the answering Defendant's cable company, which would be pertinent.

Dated: April 24, 2006        Respectfully submitted,

/s/Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Lonstein Law Office, P. C.
1 Terrace Hill: PO Box 351
Ellenville, New York   12428
Tel: 845-647-8500
*Our File No.  02-1DC-01R*

/s/Herbert A. Rosenthal
Herbert A. Rosenthal, Esq.
D.C. Bar Roll No. 11007
Local Counsel for Plaintiff
1020 19th Street NW, #400
Washington, DC   20036-6101
Tel: (202)785-9773

## CERTIFICATE OF SERVICE

_____The undersigned hereby certifies that a true copy of the annexed document was served upon the following by first class mail, postage prepaid on April 24, 2006:

>Ellis J. Koch, Esq.
>The Law Offices of Ellis J. Koch
>5904 Hubbard Drive
>Rockville, MD 20852
>
>       /s/ Julie Cohen Lonstein
>           Julie Cohen Lonstein