UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** Program,

        Plaintiff,

-against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS;

        Defendants.

---

Civil Case No. 1-05-CV-1077-RCL

## MOTION FOR CONTINUANCE
## OF FINAL PRE-TRIAL CONFERENCE

Come now plaintiff, **GARDEN CITY BOXING CLUB, INC.**, and moves this Court for an Order of Continuance to adjourn the Final Pre-Trial Conference from June 20, 2006 at 9:30 a.m., in order to give plaintiff sufficient time to receive a response to the subpoena served on Comcast on May 17, 2006

Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

Dated: June 14, 2006

Respectfully submitted,

/s/Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Lonstein Law Office, P. C.
1 Terrace Hill: PO Box 351
Ellenville, New York   12428
Tel: 845-647-8500
*Our File No.  02-1DC-01R*

       /s/Herbert A. Rosenthal
       Herbert A. Rosenthal, Esq.
       D.C. Bar Roll No. 11007
       Local Counsel for Plaintiff
       1020 19th Street NW, #400
       Washington, DC   20036-6101
       Tel: (202)785-9773


**CERTIFICATE OF SERVICE**

_____The undersigned hereby certifies that a true copy of the annexed document was served upon the following by first class mail, postage prepaid on June 14, 2006:

       Ellis J. Koch, Esq.
       The Law Offices of Ellis J. Koch
       5904 Hubbard Drive
       Rockville, MD 20852

        /s/ Julie Cohen Lonstein
          Julie Cohen Lonstein