UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** Program,

          Plaintiff,

-against-

RAHEB ABDUL-KHALEK, Individually, and as an officer, director, shareholder and/or principal of A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS, and A.K. FOODS, INC. d/b/a OLLIE'S TROLLEY RESTAURANT a/k/a OLLIE'S & CLICKS a/k/a CLICKS;

          Defendants.

Civil Case No. 1-05-CV-1077-RCL

-----------------------------------------------------------------

## ORDER FOR CONTINUANCE
## OF FINAL PRE-TRIAL CONFERENCE

Considering the motion of the plaintiff for continuance of the Final Pre-Trial Conference from June 20, 2006 at 9:30 a.m., in order to allow plaintiff sufficient time to receive a response to the subpoena from Comcast.

ORDERED, that the Conference be continued to _____

Dated this ____ day of _____, 2006.

                                                                       _____
                                                                       HON. DEBORAH A. ROBINSON
                                                                       Magistrate Judge, United States District Court