UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GARDEN CITY BOXING CLUB, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Civil Case No.: 1-05-CV-1077-RCL |
| | ) | Honorable Royce C. Lamberth |
| **RAGHEB ABDUL-KHALEK, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## DEFENDANT'S PROPOSED PRETRIAL ORDER

Statement of the Case

This case arises as a result of the Lewis/Tyson Heavyweight Championship fight. Plaintiff contends that it had exclusive distribution rights for that fight. Plaintiff further contends that the fight was broadcast without authorization and without license fee having been paid at "Clicks Bar." Defendant, owner of "Clicks Bar," has denied that any broadcast was made at the bar. Plaintiff contends that this Court's jurisdiction is based on 47 U.S.C. §605.

Statement of Claims

Defendant has filed no counterclaim.

Statement of Defenses

The Defendant maintains that the fight was never broadcast at his establishment.

Schedule of Witnesses

Defendant will call Norvalla Reid (3770 Hayes Street, NE, Apt. 8, Washington D.C. 20019) and Britt Reid (3770 Hayes Street, NE, Apt. 8, Washington D.C. 20019), the bartender and assistant bartender, who will testify that the fight was never broadcast. Custodian of

Records from Comcast who will certify as original copies of records which show that the fight was not broadcast. Defendant is also seeking customers present that evening who will testify as to no fight being broadcast.

List of Exhibits to Be Offered in Evidence

Comcast records, which will show that Comcast did not broadcast said fight at "Clicks Bar."

Designation of Depositions to be Offered in Evidence

None

Itemization of Damages the Party Seeks to Recover

Defendant seeks costs and reasonable attorney's fees.

                THE LAW OFFICES OF ELLIS J. KOCH

By: _____
     Ellis J. Koch, Esquire
     Bar No.: MD05356
     5904 Hubbard Drive
     Rockville, Maryland  20852
     (30l)23l-9480