# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Civil Case No.: 1-05-CV-1077-RCL** |
| | ) **Honorable Royce C. Lamberth** |
| **RAGHEB ABDUL-KHALEK, et al.,** | ) |
| | ) |
| **Defendants** | ) |
| | ) |

## DEFENDANT'S PRETRIAL STATEMENT

Statement of the Case

    This case arises as a result of the Lewis/Tyson Heavyweight Championship fight. Plaintiff contends that it had exclusive distribution rights for that fight. Plaintiff further contends that the fight was broadcast without authorization and without license fee having been paid at "Clicks Bar." Defendant, owner of "Clicks Bar," has denied that any broadcast was made at the bar. Plaintiff contends that this Court's jurisdiction is based on 47 U.S.C. §605.

Statement of Claims

    Defendant has filed no counterclaim.

Statement of Defenses

    The Defendant maintains that the fight was never broadcast at his establishment.

Schedule of Witnesses

    Defendant will call Norvalla Reid (3770 Hayes Street, NE, Apt. 8, Washington D.C. 20019) and Britt Reid (3770 Hayes Street, NE, Apt. 8, Washington D.C. 20019), the bartender and assistant bartender, who will testify that the fight was never broadcast. Custodian of

Records from Comcast who will certify as original copies of records which show that the fight was not broadcast.  Defendant is also seeking customers present that evening who will testify as to no fight being broadcast.

<u>List of Exhibits to Be Offered in Evidence</u>

Comcast records, which will show that Comcast did not broadcast said fight at "Clicks Bar."

<u>Designation of Depositions to be Offered in Evidence</u>

None

<u>Itemization of Damages the Party Seeks to Recover</u>

Defendant seeks costs and reasonable attorney's fees.

THE LAW OFFICES OF ELLIS J. KOCH

By: _____
Ellis J. Koch, Esquire
Bar No.: MD05356
5904 Hubbard Drive
Rockville, Maryland  20852
(30l)23l-9480