UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC, <br><br> Plaintiff, <br><br> v. <br><br> RAHEB ABDUL-KHALEK, et al., <br><br> Defendants. | Civil Action No. 05-1077 DAR |

Appearances:   Julie Cohen Lonstein, Esquire
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428

Counsel for Plaintiff

Herbert A. Rosenthal, Esquire
1020 19th Street, N.W.
Suite 400
Washington, DC 20036-6101

Local Counsel for Plaintiff


Ellis J. Koch, Esquire
The Law Offices of Ellis J. Koch
5904 Hubbard Drive
Rockville, MD 20852

Counsel for Defendants

**FINAL PRETRIAL ORDER**

Counsel for the parties appeared before the undersigned United States Magistrate Judge on July 18, 2006 for a final pretrial conference. The parties have consented to proceed before the undersigned for trial (Docket No. 19), and a bench trial is scheduled to commence on September 25, 2006.

The instant order is entered pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, and shall control the subsequent course of this action unless modified by further order.

**Nature of the Cause of Action; the Parties' Contentions**

The parties' pretrial statements are incorporated herein. Defendants agree to the first three of the four stipulations proposed by Plaintiff.

**Witnesses**

The witness lists included in the parties' pretrial statements are incorporated herein.

**Exhibits**

The exhibit lists included in the parties' pretrial statements are incorporated herein. Authenticity of the exhibits is stipulated.

It is

**SO ORDERED.**

July 19, 2006                                          /s/
_____
DEBORAH A. ROBINSON
United States Magistrate Judge