UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC., is a California corporation with its principal place of business located at 2380 So. Bascom Avenue, Suite 200, Campbell, CA 95008.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson** Program,

              Plaintiff,

   -against-

RAHEB ABDUL-KHALEK, *et al.*;

             Defendants.
----------------------------------------------------------------

Civil Case No. 1-05-CV-1077-RCL
HON. ROYCE C. LAMBERTH

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed to by and between the parties herein that the above entitled action is hereby dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: September 21, 2006

/s/   Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; P.O. Box 351
Ellenville, NY 12428
Telephone:  845-647-8500
Facsimile:   845-647-6277

/s/ Ellis J. Koch
Ellis J. Koch, Esq.
The Law Offices of Ellis J. Koch
Attorneys for Defendant
5904 Hubbard Drive
Rockville, MD 20852
Telephone:  (301)231-9480
Facsimile:   (301)881-9465

/s/ Herbert A. Rosenthal
Herbert A. Rosenthal, Esq.
D.C. Bar Roll No. 11007
Local Counsel for Plaintiff
1020 19th Street NW, #400
Washington, DC  20036-6101
Telephone: (202)785-9773
Facsimile: (202)659-3526

**SO ORDERED** this _____ day of _____, 2006

_____
**HON. ROYCE C. LAMBERTH**
**United States District Judge**